14,514-06

## COURT OF CRIMINAL APPEALS OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
DEC 30 2014
Abel Acosta, Clerk

Dear Clerk,

In Application for writ of Habeas Corpus filed by Ernest D. Newman 1892170 on Cause No. 13-3-27, 250-A-1 submitted before this court on June 16, 2014.

On September 11, 2014, the document (card) sent me by you notifying me said writ had been presented before the court and writ no.

Now on above date said legal document was confiscated by Correctional Officer Sharp who did not give me confiscation for said legal document, 29 postage stamps alonge with many other item he did not feel I should have but are authorized by policy for us to have, but not by his interpretation of policy, as he reads thing which cannot be seen.

Therefore he extorted my property by use

of his authority as a C.O. and he lied to me with his supervisor watching and smiling at me the whole time. I was denied the right to dispute the disposition of said property.

Therefore I ask that you might send me the writ no. and disposition of my application for writ of habeas corpus that I may move to the next step if I must, as district court's 181 days expired on December 15, 2014 and I do not feel there is any reason this unlawful detention should be prolonged.

Respectfully Submitted
on this 22 day of
December, 2014

Ernest D. Newman
Pro Se

P.S. I sent you my change of address some time back, but here it is again.
Ernest D. Newman 1892170
Polonsky Unit, 3872 FM 350 S.
Livingston, Tx 77351